■ GOVERNOR AND COMPANY OF THE BANK OF IRELAND, Respondent, v DROMOLAND CASTLE, LTD., et al., Defendants, and WILLIAM DOWLING, Appellant. [624 NYS2d 855] —In an action commenced by motion pursuant to CPLR 3213 for summary judgment in lieu of complaint to recover on promissory notes and guarantees on the notes, the defendant William Dowling appeals from an order of the Supreme Court, Westchester County (Coppola, J.), entered September 24, 1993, which granted the motion for summary judgment in lieu of complaint.

Ordered that the order is affirmed, with costs.

The plaintiff established prima facie entitlement to summary judgment by submitting in support of its motion proof of the notes and guarantees and the defendants' failure to make the payments provided for by their terms. Since the defendants failed to come forward with proof of evidentiary facts showing the existence of a material issue of fact, the court properly awarded summary judgment to the plaintiff *(see, Gateway State Bank v Shangri-La Private Club for Women,* 113 AD2d 791, *affd* 67 NY2d 627; *Seaman-Andwall Corp. v Wright Mach. Corp.,* 31 AD2d 136, *affd* 29 NY2d 617). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ AGATHA HECTOR et al., Appellants, v SHUTTLE EXPRESS COACH, INC., et al., Respondents. [624 NYS2d 855] —In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Kings County (Kramer, J.), dated October 28, 1993, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, the motion is denied, and the complaint is reinstated.

Based upon the affidavit of Dr. Danielle Registre Opam, the plaintiff Agatha Hector has raised a triable issue of fact with regard to her claim that she sustained "serious injury" *(see, Lamarre v Troop,* 202 AD2d 645). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.